UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCUS A. CAMPBELL,
     Plaintiff,

vs.                                Case No.: 3:26cv3540-MW-ZCB

FLORIDA DEPARTMENT
OF CORRECTIONS,
     Defendant.

                             /

## <u>ORDER TO SHOW CAUSE</u>

Plaintiff is a prisoner proceeding *pro se* in this civil rights action. On April 22, 2026, the Court denied Plaintiff's initial motion to proceed *in forma pauperis* (IFP) (Doc. 2) and ordered Plaintiff to either pay the $405.00 filing fee or file a completed IFP motion within twenty-one days. (Doc. 4).  That deadline has passed, and Plaintiff has not paid the filing fee, filed a new IFP motion, or otherwise responded.

Accordingly, it is **ORDERED**:

1.     Within **fourteen days** of the date of this order, Plaintiff must show cause, if any, why this case should not be dismissed for failure to comply with an order of the Court.

1

2.     Plaintiff's failure to comply with this order will result in a recommendation of dismissal of this case.

**DONE AND ORDERED** this 22nd day of May 2026.

/s/*Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge

2