UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCUS A. CAMPBELL,
Plaintiff,

vs. Case No.: 3:26-cv-3540-MW-ZCB

FLORIDA DEPARTMENT
OF CORRECTIONS,
Defendants.
_______________________________________/

**REPORT AND RECOMMENDATION**

Plaintiff is proceeding *pro se* and *in forma pauperis* in this prisoner civil rights action. On August 3, 2026, after screening the initial complaint (Doc. 1) under 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b), the Court found several pleading deficiencies and ordered Plaintiff to correct them by filing an amended complaint within twenty-one days. (Doc. 13). Plaintiff was advised that his failure to do so would result in a recommendation of dismissal. (*Id.* at 13).

Plaintiff did not file an amended complaint or otherwise respond within the time allowed. Therefore, on August 31, 2026, the Court ordered Plaintiff to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the Court.

(Doc. 17). Plaintiff was warned that failure to show cause would result in a recommendation of dismissal. (*Id.* at 2). The time for compliance with the show cause order has expired, and Plaintiff has not responded to the order, filed an amended complaint, or otherwise responded. Thus, dismissal is warranted.[1]

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal when "a party fails to comply with an applicable rule or court order"); *see also Duong Thanh Ho v. Costello*, 757 F. App'x 912, 914-15 (11th Cir. 2018) (affirming dismissal where *pro se* plaintiff failed to file an amended complaint as directed).

At Pensacola, Florida, this 21st day of September 2026.

/s/ Zachary C. Bolitho
Zachary C. Bolitho
United States Magistrate Judge

[1] The Court is aware its recent orders were returned as undeliverable because Plaintiff is no longer confined at the Leon County Detention Center. (Docs. 14, 15, 16). This does not excuse Plaintiff's failure to comply with orders because it is his obligation to ensure the Court maintains an accurate mailing address. (Doc. 3 at 2 ¶ 6). *See Gilbert v. Daniels*, 725 F. App'x 789, 792 (11th Cir. 2018) (affirming dismissal where plaintiff failed to inform the district court of his address change, which prevented him from complying with court orders).

## **<u>Notice to the Parties</u>**

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.