**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**MARCUS A. CAMPBELL,**

***Plaintiff*,**

**v.** **Case No.: 3:26cv3540-MW/ZCB**

**FLORIDA DEPARTMENT OF CORRECTIONS,**

***Defendant*.**
_____________________________/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 18. Plaintiff has been nonresponsive in this action for the past two months and his mail continues to be returned as undeliverable. This Court has independently searched the Department of Corrections’s inmate search tool and the Leon County Detention Facility’s inmate search tool to determine if Plaintiff remains in custody. However, Plaintiff does not appear to be in either the detention facility or with the Department of Corrections. Nonetheless, it is Plaintiff’s responsibility to provide his updated address with the Clerk of Court, which he has failed to do. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 18, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an Order of the Court." The Clerk shall close the file.

**SO ORDERED on October 20, 2026.**

**s/Mark E. Walker**
**United States District Judge**